UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTONIA PEREZ, RAUL PEREZ,
RAUL PEREZ, JR., MARIBEL ESCALERA,
JORGE PEREZ, JUAN CARLOS PEREZ,
JAVIER PEREZ, SILVIA GRACIA,
and NORMA TREVINO,

CIVIL NO. 01-688 (DSD/JMM)

Plaintiffs,

v.

GLENCOE AREA HEALTH CENTER,
GLENCOE REGIONAL HEALTH SERVICES,
CONSULTING RADIOLOGISTS, LTD. and
STEFAN LAXDAL, M.D.,

Defendants.

ORDER FOR PRETRIAL AND SETTLEMENT CONFERENCE

A pretrial and settlement conference will be held in the above-referenced matter on September 6, 2001 at 10:00 a.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge John M. Mason.

Counsel who will actually try the case shall be present. Each party shall also be present. A duly authorized officer or managing agent of each corporate party shall be present. If an insurance company is involved, the responsible agent must be present. See 28 U.S.C. § 473(b)(5); Rule 16(c) of the Federal Rules of Civil Procedure; and Local Rule 16.1(c). Availability by telephone is not acceptable. Each party present shall have full settlement discretion, including the unlimited power to change that party's settlement posture during the course of the conference.

Trial counsel shall meet in person with one another on or before August 27, 2001 to seek to achieve an agreement to resolve this dispute. If complete agreement is not reached, each attorney shall deliver to chambers on or before August 30, 2001, a letter which shall include (1) a concise analysis of each remaining liability issue, with citations to relevant authority; (2) a reasoned, itemized computation of each element of the alleged damages, with a concise summary of the testimony of each witness who will testify in support of the damage computations; and (3) a statement of the parties' respective settlement positions at the conclusion of the meeting, as well as any additional information believed to be helpful to the process of reaching agreement. This letter is for the Court's use only and should not be served on opposing counsel.

Dated: June 7, 2001

JOHN M. MASON
United States Magistrate Judge

FILED JUN 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK